# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC LEGGINS,<br><br>        Petitioner,<br><br>        v.<br><br>BRIAN HAWS, Warden,<br><br>        Respondent. | Case No. CV 06-3708-ODW (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 26, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE